# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| ROBERT RUSSEL TRIANOR, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 4:15-cv-05085-TOR |
| | ) | |
| JEFFERY A UTTECHT, in his official capacity only as Superintendent of Coyote Ridge Corrections Center, | ) | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:   Petitioners Writ of Habeas Corpus (ECF No. 1) is DISMISSED as time-barred

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   Thomas O. Rice   on a motion for Equitable Tolling and Memorandum of Points and Authorities (ECF No. 3).

Date:  December 18, 2015

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen